UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
SHANIQUA MURPHY,

        Plaintiff,

  -against-                                  ORDER

BAYER HEALTHCARE                   13-CV-773 (CS)
PHARMACEUTICALS, INC.

        Defendant.
--------------------------------------------------------x

Seibel, J.

    The above-captioned case is hereby transferred to *In re: Mirena IUD Products Liability Litigation*, 13-MD-2434, also assigned to me, for coordinated or consolidated pretrial proceedings.

SO ORDERED.

Dated: May 3, 2013
       White Plains, New York

                                                _____
                                                CATHY SEIBEL, U.S.D.J.