UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:                                                                                    ORDER NO. 11
                                                                                            (*Pro Hac Vice* **Motions**)
MIRENA IUD PRODUCTS LIABILITY LITIGATION
                                                                                            13-MD-2434 (CS)
*This Document Relates To All Actions*                              13-MC-2434 (CS)
------------------------------------------------------------------------x

Seibel, J.

     This Order relates to the procedures that should be followed by attorneys who wish to be admitted *pro hac vice* in the Southern District of New York for cases part of the above-captioned multi-district litigation.

     An attorney need file only one *pro hac vice* motion, even if he or she is the attorney of record for several individual plaintiffs. The *pro hac vice* motion should be filed in the MDL (13-MD-2434), but "spread" to all cases for which the attorney represents an individual plaintiff. The attorney shall only be required to pay the *pro hac vice* fee one time.

     If an attorney is in need of assistance, please call the Help Desk at 212-805-0800.

**SO ORDERED.**

Dated: November 22, 2013
       White Plains, New York

                                        _____
                                        CATHY SEIBEL, U.S.D.J.